

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2017

No. 04-17-00369-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

John **AGUERO**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 388746
Honorable Judge Timothy Johnson, Judge Presiding

# O R D E R

    The appellee's second unopposed motion for extension of time to file brief is hereby GRANTED. Time is extended to December 12, 2017.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court